UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC G. BARBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 26-3221 (RCL) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, the United States of America, by and through undersigned counsel, respectfully moves for a sixty day extension, from November 16, 2026 to and including January 15, 2026, of the deadline to respond to the complaint.

1. On September 15, 2026, Plaintiff filed this Federal Tort Claims Act, 28 U.S.C. § 1346(b), complaint. *See generally* Compl., ECF No. 1.

2. On November 11, 2026, undersigned counsel emailed Plaintiff, through counsel, to request Plaintiff's position on Defendant's request for an extension. Plaintiff has no objection to this request.

3. Good cause exists for this extension because Defendant requires additional time to coordinate with the agencies named in the complaint, including the U.S. Capitol Police, Washington D.C. Metropolitan Police, the Department of Justice and the Federal Bureau of Investigation. The breadth and scope of this and other similar matters brought by other plaintiffs requires an additional period of time to prepare Defendant's response and allow sufficient time for review by relevant agencies as well as pursuant to Department of Justice procedures. The

requested extension also takes into account other deadlines in the undersigned's schedule during the requested extension period.

4. Granting this motion will not significantly impact the progress of this case. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

5. This is Defendant's first request to extend this deadline.

6. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff and Plaintiff does not object.

Defendant respectfully request the Court extend the deadline for Defendant to respond to the complaint by sixty days, to and including January 15, 2026. A proposed order is submitted herewith.

Dated: November 13, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Benjamin W. Owen*

BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC G. BARBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 26-3221 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendant shall respond to the complaint by January 15, 2026.

SO ORDERED:

________________________
Dated

________________________
ROYCE C. LAMBERTH
United States District Judge